■ In the Matter of THOMAS J. SHAMON, as Executor of ANNA CEREO, Also Known as ANNA C. CEREO, Deceased, Respondent-Appellant. JOSEPH CEREO, Appellant-Respondent. [632 NYS2d 998] —Motion for attorney's fees and disbursements denied. Memorandum: The appropriate remedy for counsel is to appeal the judgment of Surrogate's Court entered July 18, 1995. Present—Green, J. P., Lawton, Fallon, Doerr and Davis, JJ.

■ In the Matter of DAVID W. PELLAND, for Reinstatement. [632 NYS2d 999] —Order entered terminating suspension and reinstating petitioner as an attorney and counselor-at-law. Present—Denman, P. J., Green, Pine, Fallon, and Doerr, JJ.

■ In the Matter of VINCENT S. TRACY, an Attorney. [632 NYS2d 991] —Order of suspension entered pursuant to Judiciary Law § 90 (4) (f). Present—Pine, J. P., Lawton, Wesley, Balio and Davis, JJ. (Filed Sept. 27, 1995.)

■ PEOPLE v LOUISE NOLLEY, Defendant. [632 NYS2d 374] —Motion to waive surcharge denied. Memorandum: An application to waive the mandatory surcharge should be made to the court that imposed it *(see,* CPL 420.35). Present—Pine, J. P., Lawton, Wesley, Doerr and Davis, JJ.

■ PEOPLE v MARVIN PITSLEY, Defendant. [632 NYS2d 374] —Motion to extend time to move for leave to appeal denied as unnecessary. Memorandum: Defendant's time to make an application seeking leave to appeal does not begin to run until defendant is served with a copy of the order sought to be appealed *(see,* CPL 460.10 [4] [a]). Present—Green, J. P., Wesley, Callahan, Doerr and Davis, JJ.